# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **SHAHEEN IQBAL,** § | |
| § | |
| *Petitioner*, § | |
| § | |
| v. § | |
| § | |
| **KRISTI NOEM, SECRETARY, U.S.** § | |
| **DEPARTMENT OF HOMELAND** § | |
| **SECURITY, TODD M. LYONS,** § | No.  3:25-CV-00429-LS |
| **ACTING DIRECTOR OF ICE, MARY** § | |
| **ANDA-YBARRA, FIELD OFFICE** § | |
| **DIRECTOR OF ENFORCEMENT** § | |
| **AND REMOVAL OPERATIONS, PAM** § | |
| **BONDI, U.S. ATTORNEY GENERAL,** § | |
| **U.S. DEPARTMENT OF HOMELAND** § | |
| **SECURITY, WARDEN, OF ERO EL** § | |
| **PASO CAMP EAST MONTANA,** § | |
| § | |
| *Respondents*. § | |

## ORDER SETTING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER

The Court finds that a motions hearing is required in this case. Counsel have agreed to hold the hearing for Petitioner's motion for a temporary restraining order on **October 9, 2025 at 11:00 a.m.** The hearing will be live and in-person at the District Courtroom, Room 622, on the sixth floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas.

**SO ORDERED**.

**SIGNED** and **ENTERED** on October 2, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**