UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **SHAHEEN IQBAL,** § § § *Petitioner*, § § v. § § **KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, ACTING DIRECTOR OF ICE; MARY ANDA-YBARRA, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS; PAM BONDI, U.S. ATTORNEY GENERAL; U.S. DEPARTMENT OF HOMELAND SECURITY; and WARDEN OF ERO EL PASO CAMP EAST MONTANA,** § § § § § § § § § § § § § § *Respondents*. § | No. 3:25-CV-00429-LS |

## ORDER DENYING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER

The Court heard argument on Petitioner's Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction[1] on October 9, 2025. For the reasons stated on the record, the Court denies the motion.

**SO ORDERED**.

**SIGNED** and **ENTERED** on October 14, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 2.